62 So.3d 1210 (2011)
FIRST UNION MORTGAGE FUNDING, INC., Appellant,
v.
Tomas DIAZ, et al., Appellees.
No. 3D10-1459.
District Court of Appeal of Florida, Third District.
June 8, 2011.
Cove & Associates and Hector E. Lora, Hollywood, for appellant.
Billbrough & Marks and G. Bart Billbrough, for appellees.
Before RAMIREZ, C.J., and SHEPHERD and LAGOA, JJ.
*1211 PER CURIAM.
Affirmed. See Bothmann v. Harrington, 458 So.2d 1163 (Fla. 3d DCA 1984).